PROB. 12
(Rev. 3/88)

FILED BY _fy_ D.C.

05 OCT 13 PM 4: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
WD OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. __Sonia Zamarripa-Alcantara__          Docket No.____2:04CR20047-01____

### Petition on Probation and Supervised Release

COMES NOW __MARNIE KLYMAN___, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of __Sonia Zamarripa-Alcantara___, who was placed on supervision by the Honorable __David Briones__ sitting in the Court at __El Paso, TX___, on the __27TH__ day of __February___, __2002__, who fixed the period of supervision at __two (2) years*__, and imposed the general terms and conditions heretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall perform 200 hours of community service work as directed by the Probation Officer. (Balance Remaining: Eighteen Hours (18 hours)
2. The defendant shall participate in mental health treatment as directed by the Probation Officer. (Added by Modification on October 9, 2003)

* On February 14, 2003, term of Supervised Release began in the WD/TN/Memphis.
** On January 26, 2004, the Western District of TN (Memphis) accepted a Transfer of Jurisdiction executed by the Honorable J. Daniel Breen.
*** On January 26, 2005, the Honorable J. Daniel Breen extended Ms. Zamarripa's supervision for one (1) year for the purpose of allowing additional time for her to complete her community service work.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (PLEASE SEE ATTACHED)

PRAYING THAT THE COURT WILL ORDER that a WARRANT be issued for Sonia Zamarripa-Alcantara to appear before the United States District Court to answer to charges of violation of Supervised Release.

BOND: __No bond__

### ORDER OF COURT

Considered and ordered this _13th_ day of _Oct_, 200_5_ and ordered filed and made a part of the records in the above case.

_____
J. Daniel Breen
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __October 7, 2005__

_____
Marnie Klyman
United States Probation Officer

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-14-05_

Place: __memphis, TN__

③

PROB 12
**ZAMARRIPA-ALCANTARA, Sonia**
Docket No. 2:04CR20047-01
Page 2

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF SUPERVISED RELEASE:

**The defendant shall perform 200 hours of community service as directed by the Probation Office.**

On November 7, 2003, the defendant was discharged from her community service work placement at La Maestra, due to noncompliance/failure to report. On May 17, 2004, arrangements were made for defendant to complete community service work at Catholic Charities. The defendant has failed to complete the two hundred (200) hours of community service work as directed by the Probation Office.

**The defendant shall not commit another Federal, state, or local crime during the term of supervision.**

On March 11, 2005, the defendant was issued a citation from the Memphis Police Department for Reckless Driving and No Driver's License. On April 5, 2005, the Shelby County Sheriff's Department issued a warrant for the defendant for Failure To Appear. The warrant remains outstanding.

**The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of the month.**

The defendant failed to submit monthly report forms for June-September 2005.

**The defendant shall participate in Mental Health Treatment as directed by the Probation Officer.**

On November 5, 2004, the defendant was discharged from Frayser Family Counseling Center for failure to report for appointments.

**The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.**

In June 2005, Ms. Zamarripa-Alcantara reported she was residing at 2857 Getwell Road Apt. No.1, Memphis, TN 38118. The Probation Officer has discovered that there is no such address. Ms. Zamarripa-Alcantara failed to notify the Probation Officer of her change in residence and failed to notify the Probation Officer of her whereabouts for a three (3) month period.

# VIOLATION  WORKSHEET

1.  Defendant _____ Sonia  Zamarripa-Alcantara  (Last known: 1770 Steven Drive,  Apt No.  1, Memphis, TN, 38111)

2.  Docket Number (Year-Sequence-Defendant No.) _____ 2:04CR20047-01

3.  District/Office _____ Western District of Tennessee (Memphis)

4.  Original Sentence Date _____ 02 _____ 27 _____ 02
                                    month      day      year

*(If different than above):*

5.  Original District/Office Western District of Texas (El Paso)

6.  Original Docket Number (Year-Sequence-Defendant No.)  EP-01-CR-1640DB(1)

7.  List each violation and determine the applicable grade {see §7B1.1}:

| Violation{s} | Grade |
|---|:---:|
| Failure to complete community service work. | C |
| New Criminal Conduct: Reckless Driving and No Driver's License. | C |
| Failure to submit monthly report forms. | C |
| Failure to participate in Mental Health Treatment as directed by the Probation Officer. | C |
| Failure to notify the Probation Officer of change in residence. | C |

8.  Most Serious Grade of Violation (see  §7B1.1(b)          C

9.  Criminal History Category (see §7B1.4(a))74               I

10.  Range of imprisonment (see  §7B1.4(a))          | 3 - 9 months* |

*Being originally convicted of a Class C Felony, the statutory maximum term of imprisonment is 24  months; 18 U.S.C. §3583(e)(3).

11.  Sentencing Options for Grade B and C violations Only (Check the appropriate box):

    {X}    (a)If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is at least one month but not more than six months,  §7B1.3(c) (1) provides sentencing options to imprisonment.

    { }    (b)If the minimum term of imprisonment determined under  §7B1.4(Term of Imprisonment) is more than six  months but not more than ten months, §7B1.3(c) (2) provides sentencing options to imprisonment.

    { }    (c)If the minimum term of imprisonment determined under  §7B1.4(Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

**Defendant**   Sonia Zamarripa-Alcantara      Docket No. 2:04CR20047

## 12.   Unsatisfied Conditions of Original Sentence

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) _____N/A_____      Community Service Work balance _18 Hours_____

Fine ($) _____N/A_____      Home Detention _____N/A_____

Other _____N/A_____      Intermittent Confinement _____N/A_____

## 13.   Supervised Release

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

## 14.   Departure

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15.      Official Detention Adjustment {see §7B1.3(e)}: months _____ days _____

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in
 case 2:04-CR-20047 was distributed by fax, mail, or direct printing on
October 14, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT