# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 NOV -8 AM 8: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS.

Case Number 2:04CR20047-B

SONJA ZAMARRIPA-ALCANTARA,
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Sonja Zamarripa-Alcantara, was represented by Doris Holt, Esq.

It appearing that the defendant, who was convicted on February 27, 2002, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of two (2) months.  The Court recommends that the defendant be housed at Millington, Tennessee.  The Court further recommends that the defendant participate in the 40 Hour Drug Program.

The defendant is remanded to the custody of the United States Marshal.

Signed this the ___8___ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 12/22/1969
U.S. Marshal No.: 17867-180
Defendant's Mailing Address: 1770 Steven Drive, Apt. No. 1, Memphis, TN 38111

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _11 - 9 - 05_

12

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 12 in case 2:04-CR-20047 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT